JOHN BORUP, Respondent, v. SARAH E. VON KOKERITZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Mills, Putnam and Kelly, JJ., concurred; Jenks, P. J., and Blackmar, J., dissented upon *Borup* v. *Von Kokeritz* (162 App. Div. 394).

THE BRISLIN COMPANY, Respondent, v. IGNATZ MARTIN and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

CULLEN CONTRACTING COMPANY, INC., Respondent, v. THE VILLAGE OF LONG BEACH and Others, Defendants, Impleaded with PHILIP SUGERMAN and Others, Copartners, etc., Appellants.— Judgment affirmed, with costs to the respondent against the appellants. We are of opinion that the requirement to file such an assignment of contracts under Lien Law, section 16,* is to insure proper publicity for the protection of materialmen and subcontractors, so that strict compliance with the statute is necessary. Jenks, P. J., Putnam and Kelly, JJ., concurred; Thomas and Mills, JJ., dissented.

MORRIS DE LUCAS, Appellant, v. BULL INSULAR LINE, INC., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

FINN HANNEVIG, Respondent, v. EQUITABLE TRUST COMPANY OF NEW YORK, Defendant, and HERDIS SAILING SHIP COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

HENRY STEERS SAND AND GRAVEL COMPANY, INC., Respondent, v. THE VILLAGE OF LONG BEACH and Others, Defendants, Impleaded with PHILIP SUGERMAN and Others, Copartners, etc., Appellants.— Judgment affirmed, with costs to the respondent against the appellants. We are of opinion that the requirement to file such an assignment of contracts under Lien Law, section 16,* is to insure proper publicity for the protection of materialmen and subcontractors, so that strict compliance with the statute is necessary. Jenks, P. J., Putnam and Kelly, JJ., concurred; Thomas and Mills, JJ., dissented.

BERNARD HOERSGEN, Respondent, v. EDWARD RIEGELMANN, Appellant, and Another, Defendant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Putnam and Blackmar, JJ., concurred; Rich, J., not voting.

---

* Consol. Laws, chap. 33 (Laws of 1909, chap. 38), § 16, added by Laws of 1911, chap. 873, as amd. by Laws of 1916, chap. 507.— [REP.